Order entered October 23, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01498-CR
No. 05-11-01499-CR
No. 05-11-01500-CR

JOSEPH GEORGE BUCKALOO, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 363rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-53490-W

# ORDER

Before the Court is the State of Texas's October 22, 2012 Second Motion for Extension of Time to File Brief. We **GRANT** the motion. The clerk is directed to file the brief tendered by the State on October 22, 2012.

ROBERT M. FILLMORE
PRESIDING JUSTICE